**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO. 3:07CR123LAC

TERRENCE OWDEN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on NOVEMBER 26, 2007
Motion/Pleadings: MOTION TO SUPPRESS
Filed by DEFENDANT on 11/26/2007 Doc.# 29

RESPONSES:
BY GOVERNMENT on 11/28/07 Doc.# 30
on Doc.#

____ Stipulated ____ Joint Pldg.
____ Unopposed ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of December, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of proceedings held December 3, 2007.*

                                                            *s/L.A. Collier*
                                                            ***LACEY A. COLLIER***
                                                    *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.