**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO. 3:07CR123LAC

TERRENCE OWDEN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on NOVEMBER 29, 2007
Motion/Pleadings: AMENDED MOTION TO SUPPRESS and MEMO
Filed by DEFENDANT on 11/28/2007 Doc.# 33 & 34

RESPONSES:
BY GOVERNMENT on 11/29/07 Doc.# 36
\_\_\_\_ on \_\_\_\_ Doc.# \_\_\_\_

\_\_ Stipulated \_\_ Joint Pldg.
\_\_ Unopposed \_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of December, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of proceedings held December 3, 2007.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.