# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                        Case No.3:07cr123LAC

TERRANCE OWDEN

_____

## ORDER

Your document, **MOTION FOR RE-TRIAL (filed pro se)**, was referred to the undersigned with the following deficiencies:

    Pursuant to Local Rule 11.1(D) any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 13th day of February, 2008.

                                           s/*Lacey A. Collier*
                                           LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE