**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case Nos.    3:07cr123/LAC/CJK**
                                                                          **3:11cv185/LAC/CJK**

**TERRENCE OWDEN**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 22,  2013 (doc. 109).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The motion to vacate, set aside, or correct sentence (doc. 94) be **DENIED**.

2.  A certificate of appealability be **DENIED**.

**DONE AND ORDERED** this 30th day of December, 2013.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**